UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZEBONE BROWN, *on behalf of herself*
*and all others similarly situated,*

                      Plaintiff,                      **24 Civ. No. 5600 (PAE) (GS)**

        -against-                            **RESCHEDULING ORDER**

THE KROGER CO.,

                      Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      The Initial Case Management Conference scheduled for **Thursday, October 31, 2024** at **3:00 p.m.** is hereby adjourned to **Wednesday, November 13, 2024** at **2:00 p.m.** Counsel are directed to consult and comply with the undersigned's Individual Rules of Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-gary-stein. In accordance with Section II.A of the Individual Practices, counsel are directed to file a joint Proposed Case Management Plan and Scheduling Order no later than one week prior to the conference. Counsel are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click Here To Join The Meeting. **[Meeting ID: 298 502 201 334] [Passcode: zyBJSr.]**

      **SO ORDERED.**

DATED:    New York, New York
                October 11, 2024

                                                          _____
                                                           The Honorable Gary Stein
                                                           United States Magistrate Judge